■ MERYL WILLNER, an Infant, by Her Mother and Natural Guardian, LESLIE WILLNER, et al., Plaintiffs, v LACES ROLLER CORP., Appellant. FISHER, FALLON, SALERNO, BETLESKY & KELLY, Nonparty Respondent.—In a negligence action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Queens County (Di

Tucci, J.), dated July 8, 1987, granting the motion of the nonparty respondent Fisher, Fallon, Salerno, Betlesky & Kelly to withdraw as counsel for the defendant.

Ordered that the order is affirmed, with costs.

The Supreme Court properly granted the nonparty respondent's motion to withdraw (see, Dordal v Laces Roller Corp., 143 AD2d 727; see also, Cullen v Olins Leasing, 91 AD2d 537; Farkash v Williamsbridge Manor Nursing Home, 34 AD2d 908; McKelvey v Oltmann, 16 AD2d 957). Bracken, J. P., Brown, Kunzeman and Spatt, JJ., concur.